# EXHIBIT C- LOSS CHART

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEUMI GEMEL LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVI GOLDSTEIN, AARON SHECH, DAVID ROVNER,ECTEL LTD. and ECI TELECOM LTD.,<br><br>Defendants. | Case No. 8:04-cv-03380-RWT |

**DECLARATION OF AVI N. WAGNER**

Pursuant to 28 U.S.C. §1746, I, AVI N. WAGNER, declare as follows:

1. I am an associate with the law firm of Glancy Binkow & Goldberg LLP, counsel for Leumi Gemel Ltd. ("Movant"), Proposed Lead Plaintiff in the captioned case. I have personal knowledge regarding the contents of this Declaration.

2. I am conversant in the Hebrew language.

3. Attached hereto is Movant's shareholder certification. The trading data appended as a table to Movant's certification is listed in Hebrew, and the total transaction figures used in the table are listed in terms of New Israeli Shekels ("NIS"), the currency used in the State of Israel.

4. Attached as Exhibit C is a Chart reflecting Movant's losses from its purchases in ECtel Ltd. common stock between April 24, 2001 and April 2, 2003. The data in this chart is transcribed from and accurately reflects the dates, share amounts, purchase prices and total transaction figures reflected in the trading data appended to Movant's certification. Specifically, the terms "purchase" and "sale" are translated from Hebrew to English and total transaction figures are reported in U.S. dollars.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 5th day of January, 2005.

Avi N. Wagner

# EXHIBIT
## TABLE OF MOVANTS LEUMI GEMEL LTD.'S LOSSES IN ECTEL TELECOM LTD. SECURITIES

RECORD TRANSACTION

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| BUY TRANSACTIONS | | | 0.0000 | $ 0.00 | | | | | |
| LEUMI GEMEL LTD. | 07 27 2003 | 100 | 5.3600 | $ 536.00 | | | | | |
| | 07 08 2003 | 1000 | 5.1000 | $ 5,100.00 | | | | | |
| | 07 08 2003 | 1000 | 5.1000 | $ 5,100.00 | | | | | |
| | 07 06 2003 | 800 | 5.1600 | $ 4,128.00 | | | | | |
| | 07 02 2003 | 500 | 5.8100 | $ 2,905.00 | | | | | |
| | 07 02 2003 | 500 | 5.8100 | $ 2,905.00 | | | | | |
| | 06 30 2003 | 1000 | 8.5900 | $ 8,590.00 | | | | | |
| | 06 30 2003 | 700 | 6.5900 | $ 4,613.00 | | | | | |
| | 06 11 2003 | 750 | 6.3200 | $ 4,740.00 | | | | | |
| | 06 11 2003 | 1250 | 6.3200 | $ 7,900.00 | | | | | |
| | 04 28 2003 | 1000 | 5.0400 | $ 5,040.00 | | | | | |
| | 01 29 2003 | 400 | 7.6300 | $ 3,052.00 | | | | | |
| | 01 29 2003 | 300 | 7.6300 | $ 2,289.00 | | | | | |
| | 01 29 2003 | 300 | 7.6300 | $ 2,289.00 | | | | | |
| | 09 10 2002 | 1500 | 9.4000 | $ 14,100.00 | | | | | |
| | 09 10 2002 | 3500 | 9.4000 | $ 32,900.00 | | | | | |
| | 09 10 2002 | 400 | 8.9900 | $ 3,596.00 | | | | | |
| | 09 10 2002 | 600 | 8.9900 | $ 5,394.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | 08 15 2002 | 250 | 9.1800 | $ 2,295.00 | | | | | |
| | 08 15 2002 | 500 | 9.1800 | $ 4,590.00 | | | | | |
| | 08 15 2002 | 250 | 9.1800 | $ 2,295.00 | | | | | |
| | 07 25 2002 | 2000 | 10.1500 | $ 20,300.00 | | | | | |
| | 07 25 2002 | 3000 | 10.1500 | $ 30,450.00 | | | | | |
| | 05 15 2002 | 300 | 11.3900 | $ 3,417.00 | | | | | |
| | 05 15 2002 | 4500 | 11.3900 | $ 51,255.00 | | | | | |
| | 05 15 2002 | 3400 | 11.3900 | $ 38,726.00 | | | | | |
| | 05 15 2002 | 200 | 11.3900 | $ 2,278.00 | | | | | |
| | 05 15 2002 | 100 | 11.3900 | $ 1,139.00 | | | | | |
| | 05 15 2002 | 1500 | 11.3900 | $ 17,085.00 | | | | | |
| | 03 31 2002 | 13000 | 14.1000 | $ 183,300.00 | | | | | |
| | 03 31 2002 | 84000 | 14.1000 | $ 1,184,400.00 | | | | | |
| | 03 31 2002 | 65000 | 14.1000 | $ 916,500.00 | | | | | |
| | 03 31 2002 | 40000 | 14.1000 | $ 564,000.00 | | | | | |
| | 03 31 2002 | 30000 | 14.1000 | $ 423,000.00 | | | | | |
| | 02 27 2002 | 3000 | 14.3000 | $ 42,900.00 | | | | | |
| | 02 05 2002 | 2000 | 15.2500 | $ 30,500.00 | | | | | |
| | 02 05 2002 | 500 | 15.2500 | $ 7,625.00 | | | | | |
| | 02 05 2002 | 500 | 15.2500 | $ 7,625.00 | | | | | |
| | 02 05 2002 | 2000 | 15.2500 | $ 30,500.00 | | | | | |
| | 01 31 2002 | 5000 | 15.9700 | $ 79,850.00 | | | | | |
| | 01 31 2002 | 2000 | 15.9700 | $ 31,940.00 | | | | | |
| | 01 16 2002 | 500 | 17.4400 | $ 8,720.00 | | | | | |

TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN ECTEL TELECOM LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | 01 16 2002 | 180 | 17.4400 | $ 3,139.20 | | | | | |
| | 01 16 2002 | 1900 | 17.4400 | $ 33,136.00 | | | | | |
| | 01 16 2002 | 7500 | 17.4400 | $ 130,800.00 | | | | | |
| | 01 16 2002 | 500 | 17.4400 | $ 8,720.00 | | | | | |
| | 01 16 2002 | 500 | 17.4400 | $ 8,720.00 | | | | | |
| | 01 16 2002 | 100 | 17.4400 | $ 1,744.00 | | | | | |
| | 01 16 2002 | 2000 | 17.4400 | $ 34,880.00 | | | | | |
| | 01 16 2002 | 1100 | 17.4400 | $ 19,184.00 | | | | | |
| | 01 16 2002 | 720 | 17.4400 | $ 12,556.80 | | | | | |
| | 01 14 2002 | 350 | 18.3100 | $ 6,408.50 | | | | | |
| | 01 14 2002 | 300 | 18.3100 | $ 5,493.00 | | | | | |
| | 01 14 2002 | 450 | 18.3100 | $ 8,239.50 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 1000 | 18.3100 | $ 18,310.00 | | | | | |
| | 01 14 2002 | 200 | 18.3100 | $ 3,662.00 | | | | | |
| | 01 14 2002 | 2000 | 18.3100 | $ 36,620.00 | | | | | |
| | 01 14 2002 | 2000 | 18.3100 | $ 36,620.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | 11 07 2001 | 10000 | 12.7000 | $ 127,000.00 | | | | | |
| | 11 06 2001 | 1000 | 13.0300 | $ 13,030.00 | | | | | |
| | 11 06 2001 | 2000 | 13.0500 | $ 26,100.00 | | | | | |
| | 11 06 2001 | 2000 | 13.0500 | $ 26,100.00 | | | | | |
| | 11 05 2001 | 3000 | 13.1900 | $ 39,570.00 | | | | | |
| | 11 05 2001 | 2000 | 13.1900 | $ 26,380.00 | | | | | |
| | 09 25 2001 | 3000 | 10.6200 | $ 31,860.00 | | | | | |
| | 09 24 2001 | 2000 | 10.8000 | $ 21,600.00 | | | | | |
| | 09 24 2001 | 400 | 10.8000 | $ 4,320.00 | | | | | |
| | 09 24 2001 | 1000 | 10.8000 | $ 10,800.00 | | | | | |
| | 09 24 2001 | 2000 | 10.6600 | $ 21,320.00 | | | | | |
| | 09 24 2001 | 2000 | 10.1000 | $ 20,200.00 | | | | | |
| | 09 24 2001 | 2000 | 10.5500 | $ 21,100.00 | | | | | |
| | 08 12 2001 | 2500 | 12.0000 | $ 30,000.00 | | | | | |
| | 08 12 2001 | 1500 | 12.0000 | $ 18,000.00 | | | | | |
| | 08 12 2001 | 1000 | 12.0000 | $ 12,000.00 | | | | | |
| | 07 12 2001 | 4000 | 12.0600 | $ 48,240.00 | | | | | |
| | 07 12 2001 | 750 | 12.0600 | $ 9,045.00 | | | | | |
| | 07 12 2001 | 250 | 12.0600 | $ 3,015.00 | | | | | |
| | 03 25 2001 | 2800 | 9.2500 | $ 25,900.00 | | | | | |
| | 03 25 2001 | 670 | 9.2500 | $ 6,197.50 | | | | | |
| | 03 25 2001 | 1530 | 9.2500 | $ 14,152.50 | | | | | |
| | 03 18 2001 | 1500 | 10.7600 | $ 16,140.00 | | | | | |
| | 03 18 2001 | 150 | 10.7600 | $ 1,614.00 | | | | | |

TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN ECTEL TELECOM LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | 03 16 2001 | 680 | 10.7600 | $ 7,316.80 | | | | | |
| | 03 16 2001 | 2000 | 10.7600 | $ 21,520.00 | | | | | |
| | 03 16 2001 | 670 | 10.7600 | $ 7,209.20 | | | | | |
| | 03 07 2001 | 500 | 16.0000 | $ 8,000.00 | | | | | |
| | 02 28 2001 | 500 | 16.8100 | $ 8,405.00 | | | | | |
| | 02 28 2001 | 8000 | 16.8100 | $ 134,480.00 | | | | | |
| | 02 27 2001 | 1500 | 16.8100 | $ 25,215.00 | | | | | |
| | 02 25 2001 | 2000 | 16.2800 | $ 32,560.00 | | | | | |
| | 02 25 2001 | 1200 | 16.2800 | $ 19,536.00 | | | | | |
| | 02 25 2001 | 200 | 16.2800 | $ 3,256.00 | | | | | |
| | 02 22 2001 | 600 | 16.2800 | $ 9,768.00 | | | | | |
| | 02 11 2001 | 3000 | 15.8800 | $ 47,640.00 | | | | | |
| | 02 07 2001 | 3000 | 16.5000 | $ 49,500.00 | | | | | |
| | 02 01 2001 | 500 | 16.9400 | $ 8,470.00 | | | | | |
| | 01 08 2001 | 10600 | 9.3800 | $ 99,428.00 | | | | | |
| | 01 08 2001 | 6600 | 9.3800 | $ 61,908.00 | | | | | |
| | 01 08 2001 | 2800 | 9.3800 | $ 26,264.00 | | | | | |
| | 01 07 2001 | 1400 | 9.6100 | $ 13,454.00 | | | | | |
| | 01 07 2001 | 3300 | 9.6100 | $ 31,713.00 | | | | | |
| | 01 05 2001 | 1000 | 9.6100 | $ 9,610.00 | | | | | |
| | 01 05 2001 | 300 | 9.6100 | $ 2,883.00 | | | | | |
| | 01 05 2001 | 2000 | 9.6100 | $ 19,220.00 | | | | | |
| | 01 05 2001 | 2000 | 9.6100 | $ 19,220.00 | | | | | |
| | 01 02 2001 | 7100 | 11.6300 | $ 82,573.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | 01 02 2001 | 475 | 11.6200 | $ 5,519.50 | | | | | |
| | 01 02 2001 | 6460 | 11.6300 | $ 75,129.80 | | | | | |
| | 01 02 2001 | 25 | 11.6300 | $ 290.75 | | | | | |
| | 01 02 2001 | 400 | 11.6300 | $ 4,652.00 | | | | | |
| | 01 02 2001 | 340 | 11.6200 | $ 3,950.80 | | | | | |
| | | | | $ 0.00 | | | 0.0000 | $ 0.00 | |
| | | | | | 01 29 2004 | 2050 | 5.1700 | $ 10,598.50 | |
| | | | | | 01 29 2004 | 2500 | 5.1700 | $ 12,925.00 | |
| | | | | | 01 29 2004 | 3970 | 5.1700 | $ 20,524.90 | |
| | | | | | 01 29 2004 | 1480 | 5.1700 | $ 7,651.60 | |
| | | | | | 01 28 2004 | 2000 | 5.5800 | $ 11,160.00 | |
| | | | | | 01 28 2004 | 1000 | 5.5800 | $ 5,580.00 | |
| | | | | | 01 26 2004 | 1000 | 5.1300 | $ 5,130.00 | |
| | | | | | 01 26 2004 | 4000 | 5.1300 | $ 20,520.00 | |
| | | | | | 12 09 2003 | 2000 | 4.7700 | $ 9,540.00 | |
| | | | | | 11 25 2003 | 4500 | 5.2200 | $ 23,490.00 | |
| | | | | | 11 24 2003 | 2000 | 5.3300 | $ 10,660.00 | |
| | | | | | 11 13 2003 | 5100 | 5.9000 | $ 30,090.00 | |
| | | | | | 07 30 2003 | 1000 | 6.2900 | $ 6,290.00 | |
| | | | | | 07 30 2003 | 2000 | 6.2900 | $ 12,580.00 | |
| | | | | | 07 30 2003 | 1000 | 6.2900 | $ 6,290.00 | |
| | | | | | 03 24 2003 | 600 | 8.6700 | $ 5,202.00 | |
| | | | | | 03 24 2003 | 400 | 8.6700 | $ 3,468.00 | |
| | | | | | 03 19 2003 | 250 | 8.4700 | $ 2,117.50 | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 03 19 2003 | 250 | 8.4700 | $ 2,117.50 | |
| | | | | | 03 19 2003 | 500 | 8.4700 | $ 4,235.00 | |
| | | | | | 03 17 2003 | 500 | 8.0600 | $ 4,030.00 | |
| | | | | | 03 17 2003 | 1000 | 8.0600 | $ 8,060.00 | |
| | | | | | 03 17 2003 | 500 | 8.0600 | $ 4,030.00 | |
| | | | | | 02 23 2003 | 3000 | 8.0000 | $ 24,000.00 | |
| | | | | | 02 20 2003 | 100 | 8.0200 | $ 802.00 | |
| | | | | | 02 20 2003 | 200 | 8.0200 | $ 1,604.00 | |
| | | | | | 02 20 2003 | 200 | 8.0200 | $ 1,604.00 | |
| | | | | | 02 20 2003 | 200 | 8.0200 | $ 1,604.00 | |
| | | | | | 02 20 2003 | 760 | 8.0200 | $ 6,095.20 | |
| | | | | | 02 20 2003 | 240 | 8.0200 | $ 1,924.80 | |
| | | | | | 02 20 2003 | 800 | 8.0200 | $ 6,416.00 | |
| | | | | | 02 06 2003 | 10000 | 7.5700 | $ 75,700.00 | |
| | | | | | 01 16 2003 | 1000 | 9.6900 | $ 9,690.00 | |
| | | | | | 01 06 2003 | 1000 | 8.4700 | $ 8,470.00 | |
| | | | | | 12 04 2002 | 1000 | 9.3500 | $ 9,350.00 | |
| | | | | | 12 04 2002 | 200 | 9.3500 | $ 1,870.00 | |
| | | | | | 11 25 2002 | 230 | 9.9700 | $ 2,293.10 | |
| | | | | | 11 25 2002 | 80 | 9.9700 | $ 797.60 | |
| | | | | | 11 25 2002 | 250 | 9.9700 | $ 2,492.50 | |
| | | | | | 11 25 2002 | 440 | 9.9700 | $ 4,386.80 | |
| | | | | | 10 23 2002 | 220 | 9.3700 | $ 2,061.40 | |
| | | | | | 10 23 2002 | 210 | 9.3700 | $ 1,967.70 | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10 23 2002 | 280 | 9.3700 | $ 2,623.60 | |
| | | | | | 10 23 2002 | 290 | 9.3700 | $ 2,717.30 | |
| | | | | | 10 21 2002 | 1000 | 8.1700 | $ 8,170.00 | |
| | | | | | 10 16 2002 | 1000 | 7.5800 | $ 7,580.00 | |
| | | | | | 09 17 2002 | 400 | 9.8000 | $ 3,920.00 | |
| | | | | | 09 17 2002 | 1300 | 9.6900 | $ 12,597.00 | |
| | | | | | 09 17 2002 | 600 | 9.8000 | $ 5,880.00 | |
| | | | | | 04 21 2002 | 2500 | 14.5000 | $ 36,250.00 | |
| | | | | | 04 21 2002 | 3500 | 14.5000 | $ 50,750.00 | |
| | | | | | 03 14 2002 | 1000 | 14.8300 | $ 14,830.00 | |
| | | | | | 03 14 2002 | 2000 | 14.8300 | $ 29,660.00 | |
| | | | | | 03 14 2002 | 2000 | 14.8300 | $ 29,660.00 | |
| | | | | | 03 11 2002 | 4000 | 15.7000 | $ 62,800.00 | |
| | | | | | 03 11 2002 | 2000 | 15.6000 | $ 31,200.00 | |
| | | | | | 03 11 2002 | 1000 | 15.6000 | $ 15,600.00 | |
| | | | | | 03 11 2002 | 2000 | 15.6000 | $ 31,200.00 | |
| | | | | | 03 11 2002 | 6000 | 15.7000 | $ 94,200.00 | |
| | | | | | 02 17 2002 | 1500 | 15.3500 | $ 23,025.00 | |
| | | | | | 02 17 2002 | 2000 | 15.3500 | $ 30,700.00 | |
| | | | | | 02 17 2002 | 3000 | 15.3500 | $ 46,050.00 | |
| | | | | | 02 17 2002 | 7000 | 15.3500 | $ 107,450.00 | |
| | | | | | 02 17 2002 | 500 | 15.3500 | $ 7,675.00 | |
| | | | | | 02 17 2002 | 1000 | 15.3500 | $ 15,350.00 | |
| | | | | | 02 14 2002 | 6500 | 15.2700 | $ 99,255.00 | |

TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN ECTEL TELECOM LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 02 14 2002 | 500 | 15.2700 | $ 7,635.00 | |
| | | | | | 02 14 2002 | 3000 | 15.2700 | $ 45,810.00 | |
| | | | | | 02 14 2002 | 1500 | 15.2700 | $ 22,905.00 | |
| | | | | | 02 14 2002 | 1500 | 15.2700 | $ 22,905.00 | |
| | | | | | 02 13 2002 | 10000 | 14.9200 | $ 149,200.00 | |
| | | | | | 02 13 2002 | 5000 | 14.9200 | $ 74,600.00 | |
| | | | | | 02 12 2002 | 9500 | 15.5700 | $ 147,915.00 | |
| | | | | | 02 12 2002 | 7500 | 15.5700 | $ 116,775.00 | |
| | | | | | 02 12 2002 | 3000 | 15.5700 | $ 46,710.00 | |
| | | | | | 02 06 2002 | 7500 | 14.8000 | $ 111,000.00 | |
| | | | | | 02 06 2002 | 2500 | 14.8000 | $ 37,000.00 | |
| | | | | | 12 12 2001 | 4000 | 19.7000 | $ 78,800.00 | |
| | | | | | 12 10 2001 | 5890 | 19.5300 | $ 115,031.70 | |
| | | | | | 12 10 2001 | 5000 | 20.5000 | $ 102,500.00 | |
| | | | | | 12 10 2001 | 5000 | 20.5000 | $ 102,500.00 | |
| | | | | | 12 06 2001 | 300 | 20.5500 | $ 6,165.00 | |
| | | | | | 12 06 2001 | 1000 | 20.5500 | $ 20,550.00 | |
| | | | | | 12 06 2001 | 1000 | 20.5500 | $ 20,550.00 | |
| | | | | | 12 06 2001 | 5000 | 20.5500 | $ 102,750.00 | |
| | | | | | 12 06 2001 | 700 | 20.5500 | $ 14,385.00 | |
| | | | | | 12 05 2001 | 1500 | 16.8500 | $ 25,275.00 | |
| | | | | | 12 05 2001 | 1600 | 18.0000 | $ 28,800.00 | |
| | | | | | 12 05 2001 | 8000 | 16.8500 | $ 134,800.00 | |
| | | | | | 12 05 2001 | 5000 | 18.0000 | $ 90,000.00 | |

TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN ECTEL TELECOM LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12 05 2001 | 1900 | 18.0000 | $ 34,200.00 | |
| | | | | | 12 05 2001 | 5000 | 18.0000 | $ 90,000.00 | |
| | | | | | 12 05 2001 | 6000 | 18.0000 | $ 108,000.00 | |
| | | | | | 12 05 2001 | 822 | 18.1000 | $ 14,878.20 | |
| | | | | | 12 05 2001 | 500 | 18.0000 | $ 9,000.00 | |
| | | | | | 12 05 2001 | 500 | 16.8500 | $ 8,425.00 | |
| | | | | | 12 05 2001 | 3108 | 18.1000 | $ 56,254.80 | |
| | | | | | 12 05 2001 | 10000 | 18.1000 | $ 181,000.00 | |
| | | | | | 12 05 2001 | 178 | 18.1000 | $ 3,221.80 | |
| | | | | | 12 05 2001 | 1500 | 18.1000 | $ 27,150.00 | |
| | | | | | 12 05 2001 | 1500 | 18.1000 | $ 27,150.00 | |
| | | | | | 12 05 2001 | 1500 | 18.1000 | $ 27,150.00 | |
| | | | | | 12 05 2001 | 1892 | 18.1000 | $ 34,245.20 | |
| | | | | | 12 05 2001 | 2000 | 18.1000 | $ 36,200.00 | |
| | | | | | 12 05 2001 | 2500 | 18.1000 | $ 45,250.00 | |
| | | | | | 12 04 2001 | 3000 | 16.8100 | $ 50,430.00 | |
| | | | | | 12 04 2001 | 3000 | 16.8100 | $ 50,430.00 | |
| | | | | | 12 04 2001 | 7000 | 16.8100 | $ 117,670.00 | |
| | | | | | 12 04 2001 | 10000 | 16.8100 | $ 168,100.00 | |
| | | | | | 11 29 2001 | 2000 | 16.9500 | $ 33,900.00 | |
| | | | | | 11 28 2001 | 1000 | 17.0600 | $ 17,060.00 | |
| | | | | | 11 23 2001 | 10000 | 15.0000 | $ 150,000.00 | |
| | | | | | 11 21 2001 | 1000 | 14.5000 | $ 14,500.00 | |
| | | | | | 07 23 2001 | 4000 | 13.2400 | $ 52,960.00 | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 07 23 2001 | 6400 | 13.2400 | $ 84,736.00 | |
| | | | | | 06 18 2001 | 3000 | 14.4000 | $ 43,200.00 | |
| | | | | | 06 18 2001 | 2000 | 14.4000 | $ 28,800.00 | |
| | | | | | 06 18 2001 | 5000 | 14.4000 | $ 72,000.00 | |
| | | | | | 04 22 2001 | 940 | 13.7000 | $ 12,878.00 | |
| | | | | | 04 22 2001 | 600 | 13.7000 | $ 8,220.00 | |
| | | | | | 04 22 2001 | 2000 | 13.7000 | $ 27,400.00 | |
| | | | | | 04 22 2001 | 1460 | 13.7000 | $ 20,002.00 | |
| | | | | | 04 19 2001 | 1470 | 13.2000 | $ 19,404.00 | |
| | | | | | 04 19 2001 | 1300 | 13.2000 | $ 17,160.00 | |
| | | | | | 04 19 2001 | 730 | 13.2000 | $ 9,636.00 | |
| | | | | | 01 28 2001 | 100 | 18.0000 | $ 1,800.00 | |
| | | | | | 01 28 2001 | 1000 | 18.0000 | $ 18,000.00 | |
| | | | | | 01 28 2001 | 1250 | 18.0000 | $ 22,500.00 | |
| | | | | | 01 28 2001 | 1150 | 18.0000 | $ 20,700.00 | |
| TOTALS | | | | $ 5,726,955.85 | | | | $ 4,546,734.70 | $ 1,180,221.15 |
| VALUE OF SHARES REMAINING | | 426100 | | | | 315890 | | | $ 651,815.00 |
| TOTAL LOSS | | | | | | | | | $ 528,406.15 |

* - Value of remaining shares is $5.9143, based on 90-day post-Class Period average stock price from April 2, 2003 - July 1, 2003.